**FILED**
NOV 19 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**'07 MJ 8936**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff. | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Tammy Lynn WHITE (1), | Importation of a Controlled Substance (Felony) |
| Frank David CATANIA (2), | |
| Defendants. | |

The undersigned complainant being duly sworn states:

That on November 17, 2007, within the Southern District of California, defendants Tammy Lynn WHITE, and Frank David CATANIA did knowingly and intentionally import approximately 29.44 kilograms (64.77 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF NOVEMBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

V.

Tammy Lynn WHITE,

Frank David CATANIA

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Stiefer.

On November 17, 2007, at approximately 1913 hours, Tammy Lynn WHITE, along with Frank David CATANIA, entered the United States through the Calexico, California West Port of Entry. WHITE was the driver, and registered owner of a 2000 Buick Le Sabre bearing California license plate 6BTD817, and CATANIA was a passenger in the vehicle.

During primary inspection, Customs and Border Protection (CBP) Officer R. Garcia received a negative Customs declaration from CATANIA. CATANIA also stated to CBP Officer Garcia that the driver, WHITE, had a hearing problem and could not hear very well. CBP Officer Garcia inquired as to their reason of travel into Mexico, and CATANIA stated that he went to have dental work performed. CBP Officer Garcia then had WHITE open the trunk so he could perform an inspection. At that time, CBP Officer Garcia observed what he believed to be as a non-factory compartment. For the above stated reason, WHITE and CATANIA along with the vehicle were referred for secondary inspection.

A subsequent inspection of the vehicle revealed 14 packages concealed within a non-factory compartment located within the rear seat of the vehicle. One of the packages was probed and a sample of a green, leafy substance was obtained, which field-tested positive for marijuana. The 14 packages had a combined net weight of approximately 29.44 kilograms (64.77 pounds).

CATANIA was placed under arrest and advised of his rights per Miranda, which he acknowledged and waived, agreeing to answer questions without the presence of an attorney. CATANIA stated he believed there were narcotics inside

the vehicle, but was unsure of the location, type or quantity.  CATANIA stated that both he and WHITE knew that something was in the vehicle, and that both of them were to be paid $300.00 to drive the vehicle to the Los Angeles area.

WHITE and CATANIA were booked into the Imperial County Jail pending their initial appearance before a U.S. Magistrate Judge.